EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Violent Crimes

WES REBER PORTER            #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      440-9248
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2004

at 10 o'clock and 40 min. __M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. **CR04 00145 DAE** |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | |
| JEFFREY L.K. GRAY, ) | [18 U.S.C. § 922(g)(1)] |
| Defendant. ) | |

### I N D I C T M E N T

#### Count 1
(18 U.S.C. § 922(g)(1))

The Grand Jury charges that:

On or about November 13, 2002, in the District of Hawaii, defendant JEFFREY L.K. GRAY, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

SEALED
BY ORDER OF THE COURT

did knowingly possess in and affecting commerce a firearm, to wit: a Winchester Model #94AE, 30-30 caliber rifle bearing Serial Number 6046408.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 2
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges that:

On or about November 13, 2002, in the District of Hawaii, defendant JEFFREY L.K. GRAY, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

//

//

//

//

//

//

//

did knowingly possess in and affecting commerce ammunition, to wit: one .22 caliber long rifle cartridge.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: April 7, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney