ORIGINAL

---

**THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990**

---

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     shanlyn_park@fd.org

Attorney for Defendant
JEFFREY L.K. GRAY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 9 2006

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 04-00145 JMS |
| Plaintiff, | ) DEFENDANT'S SUPPLEMENTAL |
| | ) SENTENCING MEMORANDUM; |
| vs. | ) EXHIBIT A; CERTIFICATE OF |
| | ) SERVICE |
| JEFFREY L.K. GRAY, | ) |
| | ) DATE: April 3, 2006 |
| Defendant. | ) TIME: 3:00 p.m. |
| | ) |
| | ) [UNDER SEAL] |

SEALED
BY ORDER OF THE COURT