# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00145JMS-01 |
| CASE NAME: | United States of America vs. Jeffrey L. K. Gray |
| ATTYS FOR PLA: | Wes Reber Porter |
| ATTYS FOR DEFT: | Shanly A. S. Park |
| U. S. P. O: | Anne Shimokawa |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Debra Chun |
| DATE: | 4/3/2006 | TIME: | 3:00 - 3:15 |

COURT ACTION:  Sentencing to Count 2 of the Indictment:

Defendant present in custody with counsel Shanlyn Park.

Imprisonment 24 months.  Supervised Release 3 years under the following conditions:

1.  That the defendant shall abide by the standard conditions of supervision.

2.  That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.  That the defendant not possess illegal controlled substances (mandatory condition)

4.  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

5.  That the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works or is a student, as directed by the probation officer.

6.  That the defendant shall participate in an approved program for domestic violence.

Page 2
Criminal 04-00145JMS-01
U.S.A. vs. Jeffrey L. K. Gray
April 3, 2006

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

Governments Oral Motion to Dismiss Count 1 of the Indictment - GRANTED.

RECOMMENDATION: FDC, Honolulu, Hawaii.

MITTIMUS: Forthwith.

Submitted by: Dottie Miwa, Courtroom Manager