AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:04CR00145-001 JMS | Judgment - Page 2 of 6 |
| DEFENDANT: | JEFFREY L. K. GRAY | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 MONTHS .

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 22 2007

at 8 o'clock and JJ min. a M.
SUE BEITIA, CLERK

[✔]    The court makes the following recommendations to the Bureau of Prisons:
FDC, Honolulu, Hawaii.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___7-31-07___ to ___FDC Honolulu___

at ___Honolulu HI___ , with a certified copy of this judgment.

_John T Rothman_
WARDEN    UNITED STATES MARSHAL

By ___W. Tsai___
LIE    Deputy U.S. Marshal