ORIGINAL

JEFFREY L.K. GRAY
FDC HONOLULU
351 ELLIOT ST. P.O. BOX 30080
HONOLULU, HAWAII 96820

JEFFREY L.K. GRAY
DEFENDANT, PRO SE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 21 2007

at  11  o'clock and  20  min.  A  M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> PLAINTIFF, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> JEFFREY L.K. GRAY ) <br> DEFENDANT, ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | CR. NO. 04-00145 JMS <br><br> EMERGENCY MOTION FOR WRIT OF HABEAS CORPUS TO REVIEW BUREAU OF PRISONS CALCULATIONS OF DEFENDANT'S SENTENCE WITH RESPECT TO CREDIT FOR TIME SERVED <br><br> DATE:_____ <br><br> TIME:_____ <br><br> JUDGE:_____ |

EMERGENCY MOTION FOR WRIT OF HABEAS
CORPUS TO REVIEW BUREAU OF PRISON
CALCULATION OF DEFENDANT'S SENTENCE
<u>WITH RESPECT TO CREDIT FOR TIME SERVED</u>

COMES NOW the defendant, JEFFREY L.K. GRAY, pro se in the absence of counsel moves this honorable court to order the warden of the Federal Detention Center Honolulu, prison to award the defendant the credit for time served. In support there of, Mr. Gray states as follows:

INTRODUCTION

1. On November 13, 2002 Jeffrey L.K. GRAY was arrested by the Maui Police Department in violation of possession of Firearm Ammunition. Then on November 15, 2002 Mr. Gray was able to obtain Bail and release, however his bail was surrendered on January 30, 2003 and he was taken into State custody. Subsequently, Mr. Gray was indicted on November 18, 2002 by the State of Hawaii vs. Jeffrey Lee Kalani Gray Case No. CR. NO. 02-1-613 (1).

2. Then on April 07, 2004 nearly (2) two years later Mr. Gray was charged by a Federal Grand Jury in a (2) two count indictment with being a felon in possession of a Firearm and Ammunition. Specifically, count 2 of the indictment charges that Mr. Gray on or about November 13, 2002, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed Ammunition, to wit, one 22. caliber long rifle cartridge, in violation of title 18, U.S.C. ; 922 (g) (1) and 924 (a) (2). Then following the Federal indictment, on April 28, 2004 the State of Hawaii dismissed all charges against Mr. Gray.

3. Finally on April 03, 2006 Almost (4) four years later Mr. Gray was sentence by the Honorable Judge Michael J. Seabright to (24) twenty-four months of incarceration and (3) three years supervised release.

DISCUSSION

4.   Mr. Gray claims that he has spent time serve imprisonment from November 13, 2002 to November 07, 2007 of approximately (4) four years and (8) eight months. That his sentence of (24) twenty-four months has expired.

5.   That at the sentencing hearing the issue was raise whether Mr. Gray would receive credit for the time he already spent in incarceration. Also, Assistant Federal Defender Ms. Shanlyn A.S. Park representing Mr. Gray submitted a letter to the Bureau of Prison Warden, Mr. John T. Rathman requesting his assistance to determine the amount of days Mr. Gray would receive as credit with his reply, in review of the facts provided, it has been determined that inmate Gray would receive a total of 485 days, which converts to One year and four months of jail credit time. The BOP staff rejected the Warden, Mr. John T. Rathman's letter.

6.   Finally on October 09, 2007 Mr. Gray wrote a letter to the current Warden, Ms. Linda T. McGrew requesting her assistance in determining his time serve credits. This letter was forwarded to Mr. Tsai of the Records Department for Resolution and according to Mr. Tsai the BOP has now determined that Mr. Gray is entitled to credit for only (39) thirty-nine days he spent in custody prior to sentencing and specifically stated that he spoke with the DSCC and they stand their ground and state that you have been given all appropriate jail credit. I hope this answers your question. Mr. Gray believes that he is being denied credit by the BOP for time serve from March 07, 2003 to November 07, 2007 and if he is credit for the time serve, he would have completed his (24) twenty-four months sentence on October 10, 2004.

### DID THE BOP IMPROPERLY DENY MR. GRAY CREDIT FOR THE TIME SERVE PURSUANT TO A WRIT OF HABEAS CORPUS ?

7. On April 14, 2004 Mr. Gray was obtained from State custody pursuant to a writ of Habeas Corpus Ad Prosequendum that allowed the Federal District Court to Borrow Mr. Gray from the State, in order to answer to the charges stated in the Federal Indictment. The BOP'S position is that although Mr. Gray was in Federal Custody, The Primary custodial jurisdiction remained with the State of Hawaii, Therefore Mr. Gray's credit should be denied. Mr. Gray disputes the BOP'S claim by the fact, the charges contained in the Federal indictment originated from the prior, dismissed the State indictment and was in fact a transfer or continuation of his State case.

### DID THE BOP INCORRECTLY APPLY MR. GRAY'S TIME SERVE CREDITS TO ANOTHER STATE SENTENCE ?

8. On February 07, 2006 Mr. Thomas L. Read, Administrator for the Department of Public Safety responded to a letter requesting his assistance to determined Mr. Gray's time serve credits from Ms. Shanlyn A.S. Park, Assistant Federal Defender. Mr. Read clearly stated in his reply that the (15) fifteen months time serve credits for case No. CR. 02-1-0613 (1) TRANSFER to case No. CR. 00145 JMS for Federal Prosecution could not be credited to any other sentence. Mr. Read cited according to the Hawaii Revised Statutes, HRS 706-671 to support his position.

## DID THE BOP STAFF IMPROPERLY REJECT THE WARDEN, MR. JOHN T. RATHMAN'S LETTER AWARDING MR. GRAY CREDIT FOR TIME SERVE ?

9. On March 01, 2006, Mr John T. Rathman, then Warden for the Federal Detention Center of Honolulu, responded to a letter from Ms. Park, Assistant Federal Defender requesting his assistance for determination of time serve credit. Mr. Rathman's reply was EXTREMELY CLEAR that after reviewing the facts provided, it has been determined that inmate Gray would receive a total of 485 days, which converts to (1) one year and (4) four months of jail credit. The BOP staff rejected Mr. Rathman's letter claiming that Mr. Rathman was not authorized to grant Mr. Gray time serve credit. Mr. Gray disputes the BOP staff's claim that it was "NEVER AN ISSUE" whether or not Mr. Rathman had the proper authority to award Mr. Gray time serve credit. see exhibit __A__.

## DID THE BOP IMPROPERLY CALCULATE MR. GRAY'S SENTENCE TO START ON JUNE 21, 2007 ?

10. The BOP claims that Mr. Gray's sentence began on June 21, 2007. This is the exact date Mr. Gray was paroled from the State of Hawaii. Mr. Gray believes this contradicts the BOP'S own calculations by the fact the BOP awarded Mr. Gray time serve credit from November 13 to 15, 2002 and again on January 30 to March 06, 2003 for a total amount of (39) thirty-nine days. see exhibit __B__.

CONCLUSION

11.   Based on the foregoing, Mr. Gray prays to this court for assistance to review the BOP'S calculation of his sentence with respect to credit for the amount of time serve and to order the Warden, Ms. Linda T. McGrew to give Mr. Gray credit for time served and to release Mr. Gray from confinement.

DATED: HONOLULU, HAWAII NOVEMBER 13, 2007

RESPECTFULLY SUBMITTED,

JEFFREY L.K. GRAY
DEFENDANT PRO SE