

U. S. Department of Justice

Federal Bureau of Prisons

---

*Office of the Warden*

*Federal Detention Center*
*P.O. Box 30547*
*Honolulu, HI 96820*

March 1, 2006

Shanlyn A. S. Park
Federal Public Defender
300 Ala Moana Blvd., Suite 7-104
Honolulu, HI 96850-5269

RE:  GRAY, Jeffrey
     Reg. No. 91460-022

Dear Ms. Park:

This is in response to your letter dated February 21, 2006, regarding Jeffrey Gray, an inmate currently confined at the Federal Detention Center, Honolulu, Hawaii. In your letter, you request assistance in determining whether inmate Gray will receive federal jail credit for a period of time that he spent in State of Hawaii custody. You further indicate that the court requested this information prior to imposition of a federal sentence concerning inmate Gray.

In review of the facts provided, it has been determined that inmate Gray would receive a total of 485 days, which converts to one year and four months of jail credit time. Jail credit time calculation was determined as follows:

- Detained at Maui Police Department from 11-13-02 through 11-15-02 = 3 days
- Housed at Maui Community Corrections Center from 1-30-03 through 5-24-04 = 482 days

We trust that the above information is responsive to the Court's request. Should you have additional questions or concerns, please do not hesitate to contact us at 838-4200.

Sincerely,

John T. Rathman
Warden

RECEIVED
MAR 9 2006

Exhibit A