```
HONBE   540*23  *           SENTENCE MONITORING              *      11-08-2007
PAGE 002 OF 002 *             COMPUTATION DATA                *      10:48:44
                              AS OF 11-08-2007

REGNO..: 91460-022 NAME: GRAY, JEFFERY


-------------------------------CURRENT COMPUTATION NO: 010 --------------------------


COMPUTATION 010 WAS LAST UPDATED ON 09-14-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 09-14-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-21-2007
TOTAL TERM IN EFFECT............:    24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS
EARLIEST DATE OF OFFENSE........: 11-13-2002

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                     11-13-2002     11-15-2002
                                     01-30-2003     03-06-2003

TOTAL PRIOR CREDIT TIME.........: 39
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 02-07-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-12-2009

TYPE OF HEARING.................: NOT ELIGIBLE

PROJECTED SATISFACTION DATE.....: 02-07-2009
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: SUBJECT PAROLED FROM STATE OF HAWAII 06-21-2007.  FEDERAL SENT
                WILL BEGIN ON THIS DATE.




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit B