CERTIFICATE OF SERVICE

I JEFFREY L.K. GRAY hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on, November 13, 2007

>WES REBER PORTER
>Assistant United States Attorney
>Room 6100, PJKK Federal Building
>300 Ala Moana Blvd.
>Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, November 13, 2007

_____
JEFFREY L.K. GRAY
DEFENDANT PRO SE