To: Clerk, U.S. District Court of Hawaii
    Prince Kuhio Federal Building
    300 Ala Moana Blvd.
    Honolulu, Hawaii 96850

From: Jeffrey L.K. Gray
      Reg.# 9146-0022
      P.O. Box 30080
      FDC HONOLULU
      HONOLULU, HAWAII 96820

DATE: November 13, 2007

RE: EMERGENCY MOTION FOR WRIT OF HABEAS CORPUS     Cr. No. 04-00145 JMS
    TO REVIEW BUREAU OF PRISONS CALCULATIONS
    OF DEFENDANT'S SENTENCE WITH RESPECT TO
    CREDIT FOR TIME SERVED

Dear Clerk,

Please file defendant's motion and ~~may I~~ please ~~have~~ return a filed stamped copy. ~~I have enclosed an additional copy to be returned~~.

Thank You Kindly,

Jeffrey L.K Gray

Jeffrey L.K. Gray
Defendant, PRO SE,