Jeffrey L. L. Craig
Federal Detention center Honolulu
351 Elliot Street PO Box 30080
Honolulu Hawaii 96820

HONOLULU, HI 968
NOV 20
07

HONOLULU, HI 968
NOV 20
2007

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 21 2007
11:05 am by
DISTRICT OF HAWAII

CR 04-145 JMS

To Clerk United S
District of Haw
300 Alamoana Bl
Honolulu Hawaii

Legal mail - special mail