# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00145JMS-01 |
| CASE NAME: | United States of America vs. Jeffrey L. K. Gray |
| ATTYS FOR PLA: | Clare Connors |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 11/27/2007 | TIME: | 10:45 - 10:50 |

COURT ACTION:   Status Conference:

Defendant present in custody.

Court appointed Shanlyn Park to represent defendant.

Court informed the parties that defendant filed a 2241 petition, therefore, this case will be considered a civil case.   The new case number is Civil 07-00582JMS-BMK.

Ms. Park to file a supplemental memorandum within 2-3 weeks and Ms. Connor's to respond in 2 weeks.

Submitted by:   Dottie Miwa, Courtroom Manager