# MINUTES

CASE NUMBER: CRIMINAL 04-00145JMS-01

CASE NAME: United States of America vs. Jeffrey L. K. Gray

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: J. Michael Seabright   REPORTER:

DATE: 01/16/2008   TIME:

COURT ACTION: Court granted Ms. Park to file a supplemental memorandum on Monday, January 28, 2008. Ms. Connor's has 2 weeks to respond.

Submitted by: Dottie Miwa, Courtroom Manager